■ GINA DE JOHN, Respondent, v JANET HIGGINS, Defendant, and DANCE HALL, INC., Doing Business as CLUB 37, Appellant.—Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Tenney, J. (Appeal from order of Supreme Court, Onondaga County, Tenney, J.—partial summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Pine and Schnepp, JJ.